UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JERIMIE DIXON, <br><br>                    Plaintiff, <br>     v. <br><br> THORP PROPERTIES INC, <br><br>                    Defendant. | CASE NO. 3:22-cv-05804-DGE <br><br> ORDER TO SHOW CAUSE |

On October 25, 2022, the Court granted Plaintiff Jerimie Dixon's motion for leave to proceed in forma pauperis. (Dkt. No. 2.) The Court electronically issued summons as to Defendant Thorp Properties Inc. (Dkt. No. 4.) The Court also issued a scheduling order setting a scheduling conference for February 17, 2023. On February 15, 2023, the Court struck the scheduling conference and directed Plaintiff to file a status report with the Court regarding service on Defendant no later than February 24, 2023. To date, Plaintiff has not responded to the order requiring a status report. Plaintiff is directed to SHOW CAUSE IN WRITING why this action should not be DISMISSED pursuant to Local Civil Rule 11(c).

ORDER TO SHOW CAUSE - 1

1  This case may be dismissed without further notice to Plaintiff on April 5, 2023, unless
2  Plaintiff files the required status report or otherwise shows good cause, in writing, before that
3  date.

5  Dated this 22nd day of March, 2023.

David G. Estudillo
United States District Judge

ORDER TO SHOW CAUSE - 2