UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JERIMIE DIXON,<br><br>      Plaintiff,<br>  v.<br><br>THORP PROPERTIES INC,<br><br>      Defendant. | CASE NO. 3:22-cv-05804-DGE<br><br>ORDER OF DISMISSAL |

  On October 25, 2022, the Court granted Plaintiff Jerimie Dixon's motion for leave to proceed in forma pauperis. (Dkt. No. 2.) The Court electronically issued summons as to Defendant Thorp Properties Inc. (Dkt. No. 4.) The Court also issued a scheduling order setting a scheduling conference for February 17, 2023. On February 15, 2023, the Court struck the scheduling conference and directed Plaintiff to file a status report with the Court regarding service on Defendant no later than February 24, 2023. Plaintiff did not respond to the order requiring a status report. On March 22, 2023, the Court order Plaintiff to show cause in writing why this action should not be dismissed pursuant to Local Civil Rule 11(c) no later than April 5,

ORDER OF DISMISSAL - 1

2023.  The Court also warned Plaintiff that this case may be dismissed without further notice to the parties if Plaintiff failed to response to the Court's show cause order.  Plaintiff did not file a response with the Court.

Accordingly, this action and all claims asserted herein are DISMISSED without prejudice.  The Clerk is directed to CLOSE this case.

Dated this 28th day of April, 2023.

David G. Estudillo
United States District Judge

ORDER OF DISMISSAL - 2